371 A.2d 518

Mazurek et vir. v. Southeastern Pennsylvania Transportation Authority, Appellant, et al.

Argued September 15, 1976. Stanley J. Sinowitz, with him Joseph F. Keener, Jr., for appellant; Richard D.

Malmed, with him Joseph Hakun and Hollis Hurd, for appellees.

Judgment affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.